# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PHILIP IRELAND,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | No.  6:25-CV-00277-LS |
| | § | |
| **CAPITAL ONE AUTO FINANCE,** | § | |
| **INC., RICHARD D. FAIRBANK,** | § | |
| **CAPITAL ONE FINANCIAL** | § | |
| **CORPORATION, and CAPITAL ONE** | § | |
| **BANK (USA), N.A.,** | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 16, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**