# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2026

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 26-50138   Ireland v. Capital One
                USDC No. 6:25-CV-277

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Peter A. Conners, Deputy Clerk
                504-310-7685

cc w/encl:
    Mr. Taylor Hennington
    Mr. Philip Ireland
    Ms. Helen Turner

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-50138

_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 1, 2026

Lyle W. Cayce
Clerk

Philip Ireland,

                                                   *Plaintiff—Appellant*,

*versus*

Capital One Auto Finance, Incorporated; Richard D.
Fairbank; Capital One Financial Corporation; Capital
One Bank (USA), N.A.,

                                                   *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:25-CV-277

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of April 1, 2026, for want of prosecution. The appellant failed to timely pay docketing fee.

No. 26-50138

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2